LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN. 244977)
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Fax: (312) 757-2273
joshuakons@konslaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. JARAMILLO,<br><br>   Plaintiff,<br><br> v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>   Defendant. | **CIVIL CASE NO. 5:16-cv-02465**<br>[Assigned for all purposes to the Hon. R. Gary Klausner]<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>**Hearing Date: June 12, 2017**<br>**Time: 9:00 a.m.**<br>**Courtroom: 850**<br><br>Complaint Filed: November 30, 2016 |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

Pending before the Court is the motion of Defendant New York Life Insurance Company ("NYLIC"), made pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's complaint November 30, 2016. [Doc. # 9.] Since the filing of Defendant's motion, Plaintiff

has filed a First Amended Complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B). [Doc. # 11.]

It is well-established in the 9th Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (internal citation omitted), overruled on other grounds by *Lacey*, 693 F.3d at 927–28; *see also Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011).

In other words, "the original pleading no longer performs any function. . . ." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). The filing of the First Amended Complaint on May 19, 2017 supercedes the original complaint and renders it a nullity. Therefore, the Defendant's Motion to Dismiss the original complaint is moot. The Plaintiff has asked the Defendant to withdraw the motion to avoid unnecessary legal costs in connection with having oral argument on an otherwise moot motion. (*See*, Exhibit A).

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully request that the Court deny Defendant's Motion to Dismiss as moot, and award the Plaintiff any other relief as just and equitable.

/ / /

Respectfully submitted,

Dated: May 19, 2017                By: /s/ Joshua B. Kons

LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN. 244977)
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: (312) 757-2272
Fax: (312) 757-2273
joshuakons@konslaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 19, 2017, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED:  May 19, 2017

By: /s/ Joshua B. Kons
Joshua B. Kons