UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 5:16–cv–02465–RGK–DTB | Date  8/7/2017 |
| Title | ANDREW J. JARAMILLO V. NEW YORK LIFE INSURANCE COMPANY | |

Present :   The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua Kons | Nikki Crary |

**Proceedings:**     SCHEDULING CONFERENCE

   Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 5–7 days): | April 17, 2018 at 09:00 AM |
| Pretrial Conference: | April 2, 2018 at 09:00 AM |
| Motion Cut–Off Date (last day to file): | February 2, 2018 |
| Discovery Cut–Off Date: | January 19, 2018 |

   Last day to motion the Court to add parties or amend complaint is 9/10/2017. Counsel inform the Court that they have selected settlement option number 3.

   **IT IS SO ORDERED.**

:02<br>Initials of Preparer:  sw  

cc:     ADR UNIT