# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JARAMILLO<br><br>Plaintiff(s),<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY<br><br>Defendant(s). | CASE NUMBER:<br><br>5:16-cv-02465-RGK-DTB<br><br><br>**ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1**: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☐ **ADR PROCEDURE NO. 2**: This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☑ **ADR PROCEDURE NO. 3**: (Private mediation).

The ADR proceeding is to be completed no later than: _____.

The Court further sets a status conference for: _____.

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

**IT IS SO ORDERED.**

DATED: August 7, 2017

*Gary Klausner*

R. Gary Klausner
United States District Judge